# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JASON WEATHERS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **5:11-CR-00004 JLT**

Pro Se
Defendant's Attorney

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): One of the Violation Notice .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR | Possession of Marijuana | 6/24/2011 | One |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/5/2011
Date of Imposition of Judgment

/s/ Jennifer L. Thurston

Signature of Judicial Officer

**JENNIFER L. THURSTON**, United States Magistrate Judge
Name & Title of Judicial Officer

7/7/2011
Date

CASE NUMBER:       5:11-CR-00004 JLT                                                                 Judgment - Page 2 of 2
DEFENDANT:         JASON WEATHERS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|          | Assessment | Fine     | Total    |
|----------|------------|----------|----------|
| Totals:  | $ 10.00    | $ 490.00 | $ 500.00 |

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

- **$100.00 per month, commencing 8/1/2011, and due on the 1st of every month until paid in full.**

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and **mailed** to:

U.S. District Court
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.

## REVIEW HEARING

Defendant is to **appear at a Review Hearing** on 12/6/2011 at 9:00 a.m., at U.S. District Court, 1300 18th Street, Bakersfield, CA.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.